No. 95–7660. ROSARIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7765. ANTONELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7854. JUAREZ v. LEE ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8041. PALMISANO v. EXECUTIVE COMMITTEE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS; and PALMISANO v. BILANDIC, CHIEF JUSTICE, SUPREME COURT OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–8092. SEVER v. BELL COMMUNICATIONS RESEARCH, AKA BELLCORE. C. A. 3d Cir. Certiorari denied.

No. 95–8167. HOPE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8365. HERNANDEZ v. STARBUCK, SUPERINTENDENT, WYOMING HONOR FARM, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8373. SPYCHALA v. LEWIS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8375. SANBORN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 95–8376. RODENBAUGH v. LEARY. C. A. 3d Cir. Certiorari denied.

No. 95–8377. PRIETO v. CRAWFORD ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8386. STRICKLAND v. CROWE ET AL. C. A. 11th Cir. Certiorari denied.